IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSEPH P. CAMPBELL, | ) |
|       Plaintiff, | ) |
| v. | ) |
| KILOLO KIJAKAZI, | )  Case No. CIV-22-757-PRW |
| Commissioner of the Social Security Administration, | ) |
|       Defendant. | ) |

**ORDER**

    This 42 U.S.C. § 405(g) action for judicial review of the final decision of the Commissioner of the Social Security Administration ("SSA") is before the Court on U.S. Magistrate Judge Shon T. Erwin's Report & Recommendation (Dkt. 20), entered on May 26, 2023. Plaintiff Joseph P. Campbell's application for disability benefits was denied initially and upon reconsideration by the SSA. Mr. Campbell requested a hearing before an Administrative Law Judge ("ALJ"), who also denied his application for disability benefits. This denial was subsequently affirmed by the Appeals Council.

    In his complaint before this Court, Mr. Campbell claimed numerous errors in the ALJ's ruling, especially as it related to the report of Dr. Chaudry, a consultive physical examiner. Upon review of these arguments, Magistrate Judge Erwin concluded that the ALJ properly considered Dr. Chaudry's report, and therefore that the ALJ's conclusions contained no error and should be affirmed.

1

No party has objected to the Report & Recommendation (Dkt. 20) within the time limits prescribed. The Court has also reviewed the Report & Recommendation (Dkt. 20) de novo and agrees with the reasoning and conclusions therein. Accordingly, the Court **ADOPTS** Magistrate Judge Erwin's Report & Recommendation (Dkt. 20) in its entirety and **AFFIRMS** the decision of the Commissioner.

**IT IS SO ORDERED** this 23rd day of June 2023.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE